AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

VINCENT WHITE,

   Plaintiff,

v.             CIVIL ACTION NO.: CV610-033

DANNY THOMPSON; JOHN BROWN;
and JIMMY BLAND,

   Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections and a Response have been filed. Plaintiff's Objections are neither responsive to the Magistrate Judge's Report, nor do Plaintiff's Objections reveal that he exhausted his administrative remedies prior to filing his Complaint.

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendants' Motion to Dismiss is **GRANTED**. Plaintiff's Complaint is **DISMISSED**, without prejudice, due to his failure to exhaust his administrative remedies. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 28th day of April, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA